IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD T. ELLIS, | : | |
|     Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JO ANNE B. BARNHART, | : | No. 04-CV-3468 |
| Commissioner of the | : | |
| Social Security Administration, | : | |
|     Defendant | : | |

O R D E R

ANITA B. BRODY, J.

    AND NOW, this           day of                    , 2005, after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's motion for summary judgment is GRANTED.

3. The Defendant's motion for remand is DENIED.

4. This matter is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

    BY THE COURT:


_____
ANITA B. BRODY, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD T. ELLIS,<br>    Plaintiff | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| JO ANNE B. BARNHART,<br>Commissioner of the<br>Social Security Administration,<br>    Defendant | : <br> : <br> : <br> : | No. 04-CV-3468 |

## ORDER OF JUDGMENT

ANITA B. BRODY, J.

      AND NOW, this _____ day of _____, 2005, in accordance with my order approving and adopting the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, and in accordance with Federal Rule of Civil Procedure 58, judgment is hereby entered REMANDING the decision of the Commissioner that denied benefits to plaintiff Donald T. Ellis.

                                              BY THE COURT:


                                          _____
                                          ANITA B. BRODY, J.